Approved: _____
JEFFREY C. COFFMAN
Assistant United States Attorney         21-mj-03640

Before:   THE HONORABLE PAUL E. DAVISON
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              :   **COMPLAINT**

        - v. -                        :   Violations of 18 U.S.C.
                                          §§ 1951 and 924(c)
                                      :
CHRISTIAN GORDON,                         COUNTY OF OFFENSES:
    a/k/a ""Humble"                   :   ORANGE

                    Defendant.        :

- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

     FRANCIS A. PIERRI, being duly sworn, deposes and says that he is a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
### (HOBBS ACT ROBBERY CONSPIRACY)

     1.  From at least on or about March 16, 2021, through on or about March 17, 2021, in the Southern District of New York and elsewhere, CHRISTIAN GORDON, a/k/a "Humble," the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, GORDON and others committed an armed robbery of a marijuana dealer in the City of Newburgh, New York.

     (Title 18, United States Code, Section 1951.)

**COUNT TWO**
**(HOBBS ACT ROBBERY)**

2.  On or about March 17, 2021, in the Southern District of New York, CHRISTIAN GORDON, a/k/a "Humble," the defendant, unlawfully and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and did aid and abet the same, to wit, GORDON and others committed an armed robbery of a marijuana dealer in the City of Newburgh, New York.

(Title 18, United States Code, Sections 1951 and 2.)

**COUNT THREE**
**(FIREARM OFFENSE)**

3.  On or about March 17, 2021, in the Southern District of New York, CHRISTIAN GORDON, a/k/a "Humble," the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the Hobbs Act robbery charged in Count Two of this Complaint, knowingly did use and carry a firearm, and, in furtherance of such crime, possessed a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii), (iii) and 2.)

4.  The bases for my knowledge and for the foregoing charges are, in part, as follows:

5.  I am a TFO with the FBI and a detective with the Town of New Windsor Police Department ("TNWPD"). I have been a TFO with the FBI since approximately 2019, and a detective with the TNWPD since approximately 2014. I am currently assigned to the FBI's Hudson Valley Safe Streets Task Force. During the course of my career, I have participated in numerous criminal investigations, including investigations involving robbery, firearms, narcotics, and gang violence, and have been the affiant on numerous complaints and search warrants.

6.  I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with other law enforcement officers, and my examination of reports and records. Because this affidavit is

being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my participation in the investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

7. Law enforcement has been investigating a home invasion robbery in the City of Newburgh, New York, during which two masked robbers discharged handguns and shot the victim ("Victim-1"). As discussed in more detail below, CHRISTIAN GORDON, a/k/a "Humble," the defendant, participated in the robbery, in the role of getaway driver. Based on my participation in this investigation, my conversations with and review of reports of FBI agents and law enforcement officers of the City of Newburgh Police Department ("CNPD"), Town of Newburgh Police Department ("TNPD") and Town of New Windsor Police Department ("NWPD"), and my review of surveillance videos and still images, I am aware of the following, among other things:

a. In the early morning hours of March 17, 2021, at approximately 3:24 a.m., CNPD officers responded to a report of a man shot at a location in the City of Newburgh, New York, where they found Victim-1 calling out to them while lying on the ground. Victim-1 reported, in substance and in part, that he had been shot in his stomach area, where a CNPD officer then observed a small puncture wound.

b. A CNPD officer located a .380 caliber PMC auto shell casing and a .45 caliber S&B auto shell casing on the floor near the open door of a first-floor apartment (the "Apartment") of the apartment building (the "Building") at which Victim-1 was found.

c. Law enforcement obtained surveillance videos of the interior and exterior of the Apartment (the "Apartment Surveillance Videos"), which depict, among other things, the following:

i. Shortly before 3:14 a.m. on or about March 17, 2021, a black Ford Edge (the "Ford Edge") with three occupants pulled up on the street in front of the building in which the Apartment is located. Two masked me exited the Ford Edge from passenger seats, and entered the Building together.

ii. At approximately 3:14 a.m. on or about March 17, 2021, two masked men carrying black semi-automatic pistols approached the door to the Apartment.

3

    iii.  One of the men, a black male with visible dreadlocks ("CC-1"), carried a black, semi-automatic pistol.

    iv.  The other man appears to be a lighter-skinned male, carrying a black, semi-automatic pistol with silver stripes on both sides of its slide.

    v.  At approximately 3:14:40 a.m. on or about March 17, 2021, Victim-1 was inside the Apartment and approached the door to the building's hallway.  The door opened slightly, and the barrel of a pistol extended through its opening.  Victim-1 put his weight against the door, attempting to close it, but the door was forced open by the two masked men, one of whom had visible dreadlocks.  The two masked men burst inside the Apartment with their pistols drawn.  At least one of the masked men discharged a pistol while entering the Apartment, causing what appears to me to be a shell casing to drop to the floor outside the Apartment.

    vi.  After entering the Apartment, the two men forced Victim-1 to the ground both through physical force and by pointing their pistols at him.  Victim-1 collapsed to the ground, as if he had been shot.

    vii.  The two masked men then grabbed items from the counter inside the Apartment, including a white bucket or pail, and fled through the same door through which they had entered at approximately 3:15:37 a.m.

    viii.  Shortly after 3:15:37 a.m., the two masked men exited the Building and ran to and entered the Ford Edge, through passengers doors.  The Ford Edge then departed.

    ix.  A short time later, Victim-1 slowly crawled out of the Apartment through the same door.

  d.  Victim-1 reported to law enforcement officers, in substance and in part, that the two masked men took from the Apartment, among other things, marijuana, which was contained in the white bucket or pail.

  e.  A relative of CHRISTIAN GORDON, a/k/a "Humble," the defendant, was interviewed by law enforcement, and reported in substance and in part, that he/she loaned his/her black Ford Edge to GORDON on March 16, 2021, and that GORDON had returned it early that evening.

  f.  On or about March 28, 2021, law enforcement officers located CC-1 in a car in the City of Newburgh.  CC-1 was

the car's only occupant.  Law enforcement officers subsequently searched the car, seizing, among other things, a white bucket or pail containing marijuana, which appears to be consistent with the bucket or pail taken by the robbers from the Apartment, and a cellphone ("CC-1's Cellphone").

  g. On or about April 2, 2021, I and other law enforcement officers arrested CHRISTIAN GORDON, a/k/a "Humble," the defendant, in the City of Newburgh, New York.

  h. Based on my review of the contents of CC-1's Cellphone, I am aware of the following, among other things:

   i. The Facebook app installed on CC-1's Cellphone is configured to automatically log into a Facebook account ("CC-1's Facebook Account"), the profile photograph of which depicts a man I recognize to be CC-1, whom I observed following his March 28, 2021 arrest.

   ii. CC-1's Facebook Account exchanged Facebook Messenger text messages with a Facebook account with the username "Humble Wattz" and a profile photograph that depicts a man I recognize to be GORDON (the "Gordon Facebook Account").  On or about March 15, 2021, beginning at approximately 12:30 p.m., the Gordon Facebook Account and the CC-1 Facebook Account engaged in the following exchange, during which I believe the users of the accounts discussed identifying targets for robberies:

| | |
|---|---|
| CC-1: | Yo u got stains?[1] |
| GORDON: | I'll find sum I can ask around |
| | We need a female grape to set niggas up |
| CC-1: | Anybody u used to cop from or u know that got a pole bread anything |
| | [pasting GORDON's prior message "We need a female grape to set niggas up and replying] And I already know cuhz |
| GORDON: | Out oops sell weed n nawl hol on I'm on da road |
| CC-1: | Yeah but we can't get close to them |
| GORDON: | Yea you right ima ask Disnigga [name] if he know someone |
| | This one nigga in rockland said he got stains |
| CC-1: | Tune him in wit me |
| GORDON: | I'll see cuz he low key a junky |
| | I can call on my break |
| CC-1: | We sliding on u tonight |

---

[1] Based on my training and experience, I am aware that "stain" is a term used to describe an easy mark, including for a robbery.

```
GORDON:    For what ?
           I get of at 10 n won't be home till 11 I work in
           Pearl River
           Wattz we doin tn?
CC-1:      You finna put in sum work
GORDON:    We finna put in some work
           in nb?
           Or we locing someone
CC-1:      Imma pyo when I scoop
```

       iii.  On or about March 16, 2021, beginning at approximately 12:30 p.m., the Gordon Facebook Account and the CC-1 Facebook Account engaged in and exchange that included the following conversation, which based on my training and experience and participation in this investigation, I believe was about committing a robbery that day or the following day:

```
GORDON:    on my grandpa grave im not foldin on nothing
           Niggas can do it tm why its a problem for tm
CC-1:      That gas station by you 24hrs???
GORDON:    Nah they close at 12
CC-1:      Ight
GORDON:    Out oops sell weed n nawl hol on I'm on da road
```

       iv.  On or about March 17, 2021, from approximately 12:34 a.m. through 12:37 a.m. (*i.e.*, approximately two-and-a-half hours before the March 17 home invasion robbery), the Gordon Facebook Account missed three Facebook Messenger calls from CC-1 Facebook Account, which also sent the Gordon the following messages during the same period: "Wy," "Wya," and "Watts…?"

       v.  On or about March 17, 2021, beginning at approximately 5:35 a.m. (*i.e.*, approximately two hours after the March 17 home invasion robbery), the Gordon Facebook Account and the CC-1 Facebook Account engaged in the following exchange:

```
CC-1:      Wattz?
GORDON:    [hand emojis]
CC-1:      [grape² emoji] [hand emojis]
GORDON:    Wattz?
CC-1:      [hand emojis]
GORDON:    [grape emoji] [hand emojis]
```

---

[2] Based on my training and experience, I am aware that the grape emoji is often used by members of the Grape Street Cripps gang, of which I believe GORDON and CC-1 are both members.

6

        vi. Later on or about March 17, 2021, at approximately 1:41 p.m., the GORDON Facebook Account sent the CC-1 Facebook account an image of a news article located at https://midhudsonnews.com/2021/03/17/gunfire-in-city-of-newburgh/. The article, which was about the home invasion robbery, reads:

> NEWBURGH – More gunfire in the City of Newburgh early Wednesday as police investigated at 43 Lutheran Street.
>
> A male victim who was shot in the abdomen was taken to the hospital for treatment.
>
> Officers found shell casings in the hallway at that address at around 3:30 a.m.
>
> Police photographed and collected the evidence as the investigation was underway at the scene.

    WHEREFORE, deponent respectfully requests that CHRISTIAN GORDON, a/k/a "Humble," the defendant, be imprisoned or bailed, as the case may be.

                                   */s/ Francis A. Pierri*, Cred #2128-80331 (inspected)
                                   Task Force Officer Francis A. Pierri
                                   Federal Bureau of Investigation

Sworn to before me by reliable electronic means, specifically FaceTime, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1, this 2nd day of April, 2021

_____
THE HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK