UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Christian Gordon

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:21-mj-03460

Defendant Christian Gordon hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☒ Bail/Detention Hearing

☒ Assignment of Counsel

_X (signature)_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

CHRISTIAN GORDON
Print Defendant's Name

_(signature)_
Defendant's Counsel's Signature

DOMENICK J. PORCO
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/23/21
Date

_(signature)_
U.S. District Judge/U.S. Magistrate Judge